The Honorable Philip H. Brandt

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Shawn M Register and Lynda M. Register,

            Debtor(s).

Case No. 09-40889-PHB

Chapter: 13

STIPULATION TO ALTERNATIVE TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN

Debtors Shawn M Register and Lynda M. Register ("Debtors"), by and through their attorney Christina Latta Henry, and Alaska USA Federal Credit Union ("Creditor") hereby stipulate as follows:

1. Creditor agrees to accept $13,150 over 60 months, in monthly payments of approximately $285, for the balance due on Debtors' 2002 Chevrolet S10.

SEATTLE DEBT LAW, LLC
   /s/ Christina Latta Henry
Christina Latta Henry, WSBA #31273
Attorney for Debtor

Date: April 20, 2009

ALASKA USA FEDERAL CREDIT UNION
_Leann DuFour_ (signature)
Printed Name: Leann DuFour
Representative for ALASKA USA

Date: 4/20/09

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 1

SEATTLE DEBT LAW, LLC
705 2nd AVE, STE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677

The Honorable Philip H. Brandt

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Shawn M Register and Lynda M. Register,

        Debtor(s).

Case No. 09-40889-PHB

Chapter: 13

ORDER ALLOWING ALTERNATIVE TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Debtors will pay to Creditor Alaska USA Federal Credit Union $13,150 over 60 months, in monthly payments of approximately $285, for the balance due on Debtors' 2002 Chevrolet S10.

Dated this _____ day of April, 2009.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

//
//
//

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 2

SEATTLE DEBT LAW, LLC
705 2ND AVE, STE 501
SEATTLE, WASHINGTON 98104
telephone: (206) 324-6677

| | | |
|---|---|---|
| 1 | Submitted by:<br>SEATTLE DEBT LAW, LLC | Date: <u>April 20, 2009</u> |
| 2 | <u>/s/ *Christina Latta Henry*</u><br>Christina Latta Henry, WSBA #31273 | |
| 3 | Attorney for Debtor | |
| 4 | ALASKA USA FEDERAL CREDIT UNION | Date: 4/20/09 |
| 5 | *[signature]*<br>Printed Name: Leann DuFour | |
| 6 | Representative for ALASKA USA | |

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 3

SEATTLE DEBT LAW, LLC
705 2ND AVE, STE 501
SEATTLE, WASHINGTON 98104
telephone: (206) 324-6677