# CORRECTIVE ENTRY ONLY

See Original docket entry to view associated PDF files.