The Honorable Philip H. Brandt

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Shawn M Register and Lynda M. Register,

Debtor(s).

Case No. 09-40889-PHB

Chapter: 13

STIPULATION TO ALTERNATIVE TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN

Debtors Shawn M Register and Lynda M. Register ("Debtors"), by and through their attorney Christina Latta Henry, and American General Financial Services ("Creditor") hereby stipulate as follows:

1. Creditor agrees to accept $10,000 over 60 months, in monthly payments of approximately $166.67, for the balance due on Debtors' 2005 Kia Sedona.

SEATTLE DEBT LAW, LLC
/s/ Christina Latta Henry
Christina Latta Henry, WSBA #31273
Attorney for Debtor

Date: April 22, 2009

AMERICAN GENERAL FINANCIAL SERVICES
[signature]
Printed Name: MARTY STICES
Representative for AMERICAN GENERAL

Date: 4-24-09

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 1

SEATTLE DEBT LAW, LLC
705 2ND AVE, STE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677

|    |    |
|----|----|
| 1  | The Honorable Philip H. Brandt |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Shawn M Register and Lynda M. Register,

          Debtor(s).

Case No. 09-40889-PHB

Chapter: 13

**ORDER ALLOWING ALTERNATIVE TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN**

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Debtors will pay to Creditor American General Financial Services $10,000 over 60 months, in monthly payments of approximately $166.67, for the balance due on Debtors' 2005 Kia Sedona.

Dated this ____ day of April, 2009.

*/s/ PHB*

Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

//

//

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 2

SEATTLE DEBT LAW, LLC
705 2nd Ave, Ste 501
Seattle, Washington 98104
telephone (206) 324-6677

1
2  //
3  Submitted by:
   SEATTLE DEBT LAW, LLC
4  _____/s/ Christina Latta Henry_____   Date: April 22, 2009
5  Christina Latta Henry, WSBA #31273
   Attorney for Debtor
6
   AMERICAN GENERAL FINANCIAL SERVICES   Date: 4-24-09
7  [signature]
   Printed Name: Tmmry Stiles
8  Representative for AMERICAN GENERAL
9
10
...
27

STIPULATION AND ORDER ALLOWING ALTERNATIVE
TREATMENT OF CLAIM UNDER DEBTORS' CHAPTER 13 PLAN - 3

SEATTLE DEBT LAW, LLC
705 2nd AVE, STE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677